Mark Brnovich
Attorney General
Firm Bar No. 14000

Joseph E. La Rue (031348)
Kara M. Karlson (029407)
 *Assistant Attorneys General*
Office of the Attorney General
2005 N. Central Ave.
Phoenix, AZ  85007
Telephone (602) 542-4951
Facsimile (602) 542-4385
joseph.larue@azag.gov
kara.karlson@azag.gov
AdminLaw@azag.gov

Attorneys for Defendant
Katie Hobbs, Arizona Secretary of State

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Roque "Rocky" De La Fuente,<br><br>    Plaintiff,<br><br>vs.<br><br>Katie Hobbs, in her official capacity as the Secretary of State of Arizona,<br><br>    Defendant. | Case No: 2:16-cv-02419-JZB<br><br>**DEFENDANT'S REPLY IN SUPPORT OF MOTION TO STRIKE AND STATEMENT OF NO OPPOSITION TO PLAINTIFF'S MOTION TO FILE SUBSTITUTE BRIEF** |

In her motion to strike, (Doc. 85), Defendant Secretary of State Katie Hobbs (the "Secretary") asked the Court to strike Plaintiff's 35-page summary judgment reply, (Doc. 83), and the second declaration of Plaintiff's expert witness, (Docs. 83-1 and 84-1).  Under the applicable rules and Court orders, the reply brief was too long and the expert declaration was too late.  (Doc. 85.)

In his response, (Doc. 86), Plaintiff stated that his too-long reply brief had been

filed inadvertently and moved for leave to file a substitute reply brief, which he attached as Doc. 86-2. Plaintiff did not respond to the Secretary's motion to strike the too-late expert declaration. Instead, Plaintiff re-filed the challenged declaration. (Doc. 86-3.)

For her reply, the Secretary states as follows:

1. The Secretary does ***not*** oppose Plaintiff's motion to file the substitute reply brief which, if granted, will moot the Secretary's motion to strike the too-long reply brief.

2. For the reasons stated in the Secretary's motion to strike, this Court should strike the too-late expert witness declaration, originally filed as Docs. 83-1 and 84-1, and now re-filed as Doc. 86-3.

3. If the Court grants Plaintiff leave to file his substitute reply brief, (Doc. 86-2), the Court should strike the following portion of it because it relies on the too-late expert witness declaration:

- "The significant escalation in the number of independent registered voters in Arizona nullifies the original intent of the 1993 amendments which sought to make it easier for independent candidates to gain access to Arizona's general election ballot. Plaintiff's expert witness assisted in the drafting of A.R.S. 16-341 and testifies that the purpose of the amendment was, in fact, to make it easier for independent candidates to gain access to the ballot, not make it increasingly more difficult. *See*, Exhibit A, Second Declaration of Richard Lee Winger." (Doc. 86-2 at 2.)

4. The Secretary submits a new proposed order with this filing.

//

//

//

1     Respectfully submitted this 22nd day of February, 2019.

2

3

                                    Mark Brnovich
                                    Attorney General

                                    s/Joseph E. La Rue
                                  Joseph E. La Rue (031348)
                                  Kara M. Karlson (029407)
                                      *Assistant Attorneys General*

                                  Attorneys for Defendant Katie Hobbs,
                                  Arizona Secretary of State

**CERTIFICATE OF SERVICE**

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, this 22nd day of February, 2019:

Paul A. Rossi, Esq.
IMPG Advocates, Inc.
316 Hill Street
Mountville, PA 17554
Phone: 717.961.8978
Paul-Rossi@comcast.net


Morgan J.C. Scudi
Lucas I Mundell
Scudi & Ayers, LLP
5440 Morehouse Dr., Ste. 4400
San Diego, CA  92121
mscudi@scudilaw.com
lmundell@scudilaw.com

*Attorneys for Plaintiff*

                                                  s/ Maureen Riordan
                                                  Maureen Riordan

PHX-7688266-v1