Paul A. Rossi, Esq.
IMPG Advocates, Inc.
*Counsel to Plaintiff*
316 Hill Street
Mountville, PA  17554
717.681.8344
Paul-Rossi@comcast.net

*Admission Pro Hac Vice*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ROQUE "ROCKY" DE LA FUENTE,<br><br>               Plaintiff,<br><br>vs.<br><br>MICHELE REAGAN, in her official capacity as the Secretary of State of Arizona,<br><br>               Defendants. | Case No.: 2:16-cv-02419-PHX-JZB<br><br><br>PLAINTIFF'S MOTION TO AMEND OR ALTER THE JUDGMENT OF THE COURT |

## PLAINTIFF'S MOTION TO AMEND OR ALTER THE JUDGMENT OF THE COURT

Pursuant to Federal Rule of Civil Procedure 59(e), Plaintiff respectfully request that this Court amend or alter its judgment granting Defendant's motion for summary judgment and denying Plaintiff's motion for summary judgment in the Court's Order dated June 11, 2019 (Doc. #89).  Plaintiff respectfully requests that this court vacate the June 11, 2019 Order and enter a stay in this case pending the Ninth Circuit's pending decision in *Roque "Rocky" De La Fuente v. Padilla*, 9th Circuit, Appeal No. 17-56668 (Argued and Submitted March 12, 2019).  For the reasons more specifically set forth in Plaintiff's attached memorandum in support of the instant motion the Ninth Circuit's pending decision is likely to be binding on Plaintiff's claim that Arizona's signature requirement for independent presidential candidates in unconstitutional.

PLAINTIFF'S MOTION TO AMEND OR ALTER THE JUDGMENT OF THE COURT - 1

While Plaintiff contends that this Court's decision to ignore clear precedent on the county distribution requirement and the differentiation on the number of signatures Arizona requires new parties to collect versus the higher number of signatures required for independent presidential candidates to gain ballot access is contrary to law, an appeal of this Court's Order of June 11, 2019 will be unnecessary if, as Plaintiff believes based on oral argument in *Roque "Rocky" De La Fuente v. Padilla*, the Ninth Circuit will shortly issue an opinion adopting the reasoning of other district and circuit courts, cited and  bypassed by the Court in this case, and rule that California's excessive signature requirement imposed on independent presidential candidate to secure ballot access is unconstitutional.  Plaintiff believes that the Ninth's Circuit decision in *Roque "Rocky" De La Fuente*, will be binding on the decision of any appeal of this Court's decision to the Ninth Circuit.

Plaintiff reached out to opposing counsel on July 9, 2019 by email and telephone to attempt to secure their concurrence in the instant motion.  Plaintiff was not able to receive a response and must represent that Defendant does not join in the instant motion.

Accordingly, Plaintiff respectively moves that this court vacate the Court's Order dated June 11, 2019 and impose a stay in this action until the Ninth Circuit issues its opinion in *Roque "Rocky" De La Fuente v. Padilla*, 9th Circuit appeal No. 17-56668

Respectfully submitted,

Dated:  July 9, 2019                  ___**s/ Paul A. Rossi**_____
                                      Paul A. Rossi, Esq.
                                      *Counsel to Plaintiff*
                                      IMPG Advocates, Inc.
                                      316 Hill Street
                                      Mountville, PA  17554
                                      717.681.8344
                                      Paul-Rossi@comcast.net

PLAINTIFF'S MOTION TO AMEND OR ALTER THE JUDGMENT OF THE COURT - 2

## CERTIFICATE OF SERVICE

Plaintiff, by and through his undersigned legal counsel, hereby certifies that on this date a

true and correct copy of the foregoing document was served via the Court's ECF system on the

following opposing counsel:

Kara Karlson
Office of the Attorney General – Phoenix
*Counsel for Defendants*
1275 W Washington Street
Phoenix  AZ  85007-2997
Phone:  602-542-8118
Fax:  602-542-8308
AdminLaw@azag.gov
Kara.Karlson@azag.gov

Joseph Eugene LaRue
Office of the Attorney General – Phoenix
*Counsel for Defendants*
1275 W Washington Street
Phoenix AZ  85007-2997
Phone:  602-542-1763
Fax:  602-542-8308
AdminLaw@azag.gov
Joseph.Larue@azag.gov

Dated:  July 9, 2019                          ___s/ Paul A. Rossi_____
                                              Paul A. Rossi, Esq.
                                              *Counsel to Plaintiff*
                                              IMPG Advocates, Inc.
                                              316 Hill Street
                                              Mountville, PA  17554
                                              717.961.8978
                                              Paul-Rossi@comcast.net

PLAINTIFF'S MOTION TO AMEND OR ALTER THE JUDGMENT OF THE COURT - 3