# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roque De La Fuente, | No. CV-16-02419-PHX-JZB |
| Plaintiff, | **ORDER** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion to Amend or Alter the Judgment of the Court. (Doc. 91.) Therein, Plaintiff asks the Court to "vacate the June 11, 2019 Order and enter a stay in this case pending the Ninth Circuit's pending decision in *Roque "Rocky" De La Fuente v. Padilla*, 9th Circuit, Appeal No. 17-56668 (Argued and Submitted March 12, 2019)." (*Id.* at 1.) Plaintiff argues that the Ninth Circuit's upcoming decision in *Padilla* "is likely to be binding in Plaintiff's claim that Arizona's signature requirement for independent presidential candidates in [sic] unconstitutional." (Doc. 91-1 at 2.) The Court will deny the Motion.

Under Rule 59(e), it is appropriate to alter or amend a judgment in four circumstances: (1) newly discovered evidence has been presented, (2) the Court committed clear error, (3) the judgment is manifestly unjust, or (4) there is an intervening change in controlling law. *See United Nat'l Ins. Co. v. Spectrum Worldwide, Inc.,* 555 F.3d 772, 780 (9th Cir.2009).

1   Plaintiff has shown none of these circumstances. To be sure, Plaintiff makes a cursory statement that "Plaintiff contends the Court's decision to ignore clear precedent on the county distribution requirement and the differentiation on the number of signatures Arizona requires parties to collect versus the higher number of signatures required for independent presidential candidates to gain ballot access is contrary to law[,]" (doc. 91 at 2), but Plaintiff does not articulate what "clear precedent" the Court supposedly ignored, or how it amounts to clear error.

The Court recognizes that Plaintiff disagrees with the Court's ruling, "but that disagreement is not a basis for reconsideration." *Mellen, Inc. v. Biltmore Loan & Jewelry-Scottsdale, LLC*, No. CV-16-00648-PHX-DLR, 2017 WL 6888266, at *1 (D. Ariz. Apr. 28, 2017). Accordingly, the Court will deny Plaintiff's Motion.

**IT IS ORDERED** that Plaintiff's Motion to Amend or Alter the Judgment of the Court (doc. 91) is **denied**.

Dated this 18th day of July, 2019.

Honorable John Z. Boyle
United States Magistrate Judge